FILED'09 DEC 8 15:43USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| SCHOLZ DESIGN, INC., | ) Civil No. 09-1018-JE |
| | ) |
| Plaintiff, | ) FINDINGS AND |
| | ) RECOMMENDATION |
| v. | ) |
| | ) |
| STONE RIDGE CUSTOM HOMES, INC.; DELSON ENGINEERING, INC.; CHRISTINE L. SIRPLESS, individually; and CHRISTINE L. SIRPLESS in her capacity as personal representative of the ESTATE OF WILLIAM J. SIRPLESS, | ) ) ) ) ) ) ) |
| | ) |
| Defendants. | ) |
| | ) |

Cassie K. Kellogg
Laura T. Z. Montgomery
Gleaves Swearingen Potter & Scott, LLP
975 Oak Street, Suite 800
Eugene, OR 97401

Attorneys for Plaintiff

FINDINGS AND RECOMMENDATION - 1

JELDERKS, Magistrate Judge:

Plaintiff Scholz Design, Inc., brings this copyright infringement action against defendants Stone Ridge Custom Homes, Inc., Delson Engineering, Inc. (Delson), and Christine Sirpless. Plaintiff moves to strike the appearance of defendant Delson, and to strike Delson's answer, affirmative defenses, and counterclaims.

Plaintiff correctly notes that defendant Delson, a corporation, has filed a *pro se* answer, which includes affirmative defenses and counterclaims. This responsive pleading indicates that it is submitted by "Delson Engineering Inc.," and is signed by John Delson, "P.E. (president)."

Plaintiff also correctly notes that only individuals may appear *pro se* in federal courts, and therefore that a corporation must be represented by an attorney in this court. See, e.g., United States v. High County Broadcasting Co., 3 F.3d 1244, 1245 (9th Cir. 1993).

Defendant Delson has not filed any opposition to plaintiff's motion to strike. The motion is well taken, and should be granted.

## CONCLUSION

Plaintiff's motion to strike defendant Delson Engineering, Inc.'s *pro se* appearance, answer, affirmative defenses, and counterclaims (# 10) should be GRANTED.

## SCHEDULING ORDER

The Findings and Recommendation will be referred to a district judge. Objections, if any, are due December 30, 2009. If no objections are filed, then the Findings and Recommendation will go under advisement on that date.

FINDINGS AND RECOMMENDATION - 2

If objections are filed, then a response is due within 14 days after being served with a copy of the objections. When the response is due or filed, whichever date is earlier, the Findings and Recommendation will go under advisement.

DATED this 8th day of December, 2009.

/s/ John Jelderks
John Jelderks
U.S. Magistrate Judge

FINDINGS AND RECOMMENDATION - 3