FILED'10 FEB 9 8:29 USDC-ORP

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCHOLZ DESIGN, INC., | 09-CV-1018-JE |
| Plaintiff, | ORDER |
| v. | |
| STONE RIDGE CUSTOM HOMES, INC.; DELSON ENGINEERING, INC.; CHRISTINE L. SIRPLESS, individually; and CHRISTINE L. SIRPLESS in her capacity as personal representative of the ESTATE OF WILLIAM J. SIRPLESS, | |
| Defendants. | |

BROWN, Judge.

Magistrate Judge John Jelderks issued Findings and Recommendation (#16) on December 8, 2009, in which he recommends

1 - ORDER

granting Plaintiff Scholz Design, Inc.'s Motion (#10) to Strike Defendant Delson Engineering, Inc.'s *Pro Se* Appearance, Answer, Affirmative Defenses, and Counterclaims. The matter is now before this Court pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b).

Because no objections to the Magistrate Judge's Findings and Recommendation were timely filed, this Court is relieved of its obligation to review the record *de novo*. *Britt v. Simi Valley Unified School Dist.*, 708 F.2d 452, 454 (9th Cir. 1983)(rev'd on other grounds). *See also Lorin Corp. v. Goto & Co.*, 700 F.2d 1202, 1206 (8th Cir. 1983). Having reviewed the legal principles *de novo*, the Court does not find any error.

## CONCLUSION

The Court **ADOPTS** Magistrate Judge Jelderks's Findings and Recommendation (#16). Accordingly, the Court **GRANTS** Plaintiff Scholz Design, Inc.'s Motion (#10) to Strike Defendant Delson Engineering, Inc.'s *Pro Se* Appearance, Answer, Affirmative Defenses, and Counterclaims.

In the exercise of its discretion to manage time deadlines pursuant to Federal Rule of Civil Procedure 16, the Court concludes Defendant Delson Engineering, Inc., may have the opportunity to file another answer (including any appropriate affirmative defenses and/or counterclaims) if it does so through

an attorney admitted to practice in this Court and if such an appearance is filed no later than March 8, 2010.  Failure to file such an appearance through counsel will result in Defendant Delson Engineering, Inc., thereafter being subject to an order of default or a default judgment.

    IT IS SO ORDERED.

    DATED this 8th day of February, 2010.

                                            /s/ Anna J. Brown  
                                            ANNA J. BROWN  
                                            United States District Judge